**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILL WRIGHT**<br><br>　　Plaintiff,<br><br>　　　v.<br><br>**SONY PICTURES ENTERTAINMENT, INC.**<br><br>　　Defendant. | Civil Action No.  03-2083 (JDB) |

## ORDER

Upon consideration of defendant's motion for summary judgment, the parties memoranda, and the record herein, and for the reasons explained in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that defendant's motion is **DENIED** in part and **GRANTED** in part; it is further

**ORDERED** that a status conference is scheduled for March 30, 2005 at 9:15 a.m.


　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates　　　　　　
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　United States District Judge

Dated:　　February 24, 2005

Copies to:

Gregory L. Lattimer
LAW OFFICES OF GREGORY L. LATTIMER
1200 G Street, NW
Suite 800
Washington, DC 20005
(202) 434-8940
Fax : (202) 434-8942
Email: lattlaw@aol.com
*Counsel for plaintiff*

Scott Douglas Goetsch
MOORE & JACKSON, L.L.C.
305 Washington Avenue
Towson, MD 21204
(410) 583-5241
Fax : (410) 583-7519
Email: goetsch@moorejackson.com
*Counsel for defendants*